**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARIA LAGIOS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:12cv437 |
| | § | (Judge Clark/Judge Mazzant) |
| JPMORGAN CHASE BANK, N.A. and | § | |
| BANK OF NEW YORK MELLON TRUST | § | |
| COMPANY, N.A., AS TRUSTEE FOR | § | |
| CHASE MORTGAGE FINANCE TRUST | § | |
| MULTICLASS PASS-THROUGH | § | |
| CERTIFICATES SERIES 2006-S3, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 3, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that defendants' Motion for Judgment on the Pleadings [Doc. #11] be denied. Defendants filed objections on April 17, 2013 [Doc. #17].

The court, having made a *de novo* review of the objections raised by defendants [Doc. #17], is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that defendants' Motion for Judgment on the Pleadings [Doc. #11] is DENIED.

So **ORDERED** and **SIGNED** on May __7__, 2013.

_____
Ron Clark, United States District Judge